UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH W. KETCHUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-cv-1079 SEB-MJD |
| | ) | |
| HIGHWAY DEPARTMENT OF | ) | |
| RUSH COUNTY, INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties, Kenneth Ketchum, plaintiff, and Highway Department of Rush County, Indiana, defendant, having entered into a stipulation to dismiss with prejudice, and the court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and this cause should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause be and hereby is dismissed with prejudice, each party bearing his own costs.

Dated:  _____09/29/2015_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## DISTRIBUTION:

Service by ECF upon all ECF-registered counsel.